UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYLVESTER SEAL MURRAY,

    Plaintiff,

v.                                Case No. 11-15373

UNITED STATES DEPARTMENT OF
TREASURY, et al.,

    Defendants.
                                        /

## JUDGMENT

In accordance with the court's "Order Granting Defendants' Motion to Dismiss and Dismissing Complaint with Prejudice," dated July 9, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants the United States Department of Treasury, the Internal Revenue Service, and the Drug Enforcement Agency and against Plaintiff Sylvester Seal Murray. Dated at Detroit, Michigan, this 13th day of July 2012.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                          S/ Lisa Wagner
                                      By:  Lisa Wagner, Case Manager
                                          to Judge Robert H. Cleland